# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| DANA GREEN, | Case No. CV 08-02230-VBF (AJW) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING STIPULATED PROTECTIVE ORDER GOVERNING THE HANDLING OF PRE-TRIAL DISCOVERY** |
| CROSSMARK, INC., | |
| Defendants. | |

## ORDER

The Court hereby approves the parties' Stipulation and Proposed Protective Order Governing the Handling of Pre-Trial Discovery.

IT IS SO ORDERED.

Signed on this 25th day of September, 2008.

/s/

_____

The Honorable Andrew J. Wistrich
UNITED STATES MAGISTRATE JUDGE