JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| DANA GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CROSSMARK, INC.,<br><br>    Defendant. | Case No. CV 08-02230-VBF (AJW)<br><br>**FINAL JUDGMENT** |

## JUDGMENT

This judgment is issued pursuant to the Court's order dated September 16, 2009, in which the Court adopts the Tentative Ruling of September 16, 2009 as the Order of the Court.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff Dana Green take nothing against Defendant CROSSMARK, Inc.; that this action is DISMISSED WITH PREJUDICE; that all relief requested by Plaintiff Green is denied; and that all allowable and reasonable costs are taxed against Plaintiff Green.

**IT IS SO ORDERED.**

Dated: September 22, 2009

*Valerie Baker Fairbank*
_____
The Honorable Valerie Baker Fairbank
U.S. District Court Judge